FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 24 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KAREN GABRIEL, as parent and next friend
of Infant John Doe,                                              PLAINTIFFS

v.                              CASE NO. 4:19cv663-KGB

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT                                                  DEFENDANT

*This case assigned to District Judge Baker
and to Magistrate Judge Ray*

COMPLAINT

1. The Court's jurisdiction is pursuant to 28 U. S. C. § 1343.

2. This is an action to secure relief for infant plaintiff which has been denied to him by the Pulaski County Special School District, a public body corporate.

3. The defendant Pulaski County Special School District operates four public high schools in Pulaski County, Arkansas. The school superintendent Dr. Charles McNulty. The school principal involved in the decision before the court is Tracy Allen of Sylvan High school.

4. This action is brought under the Equal Protection and Due Process clauses of the 14th Amendment of the United States Constitution, the Civil Rights Act of 1866 and 42 U. S. C. § 1983.

5. Plaintiff Karen Gabriel is the mother and next friend of Infant John Doe. (John Doe is a fictitious name of the minor defendant. He is enrolled in one of the

1

public high schools operated by the defendant).

6. Infant Doe was a student at Sylvan Hills Middle and High School during for the 2017-19 school years. He is now a 10th grade student at Mills High School.

7. Plaintiff Gabriel made the choice to enroll her child at Mills in order to further his educational opportunities and to minimize and reduce the extent of racial discrimination which Infant Doe suffered at Sylvan Hills High school.

8. Plaintiff Gabriel is a United States veteran having served in the Air Force. She also enrolled Infant Doe in Mills High school in order to take advantage of the Junior Reserve Officer Training Corps (ROTC). Sylvan Hills does not offer Junior ROTC.

9. In April 2019, Plaintiff Gabriel made the decision to transfer her son under the Arkansas School Choice law to Mills High School. The district granted her choice. It now seeks to limit Infant Doe's participation in the athletic activity of basketball. The district's decision was made on the recommendation of Sylvan Hills Coach Kevin Davis and supported by Sylvan Hills principal, Tracy Allen.

10. Infant Doe was a member of the Sylvan Hills basketball team during the 2018-19 school year. Sylvan Hills athletic department opposed Infant Doe's transfer with the privilege of playing basketball for Mills.

11. Coach Kevin Davis and Principal Tracy Allen did so by refusing to endorse Plaintiff Gabriel's transfer of Infant Doe to Mills. See Exhibit A. Their stated reason for their opposition is that Infant Doe was recruited and/or was changing

schools in order to participate in the athletic program of another school in violation of rules promulgated by the Arkansas Activities Association (AAA).

12. Exhibit A is a form provided by the AAA to schools regarding students who may be changing from one school to another who also wishes to participate in interschool athletics.

13. The district asserts that Infant Doe was recruited by some unidentified source to Mills so that he could play basketball. Coach Davis arrived at this conclusion upon a private conversation with Infant Doe. Infant Doe has contradicted Coach Davis. Further, Infant Doe is not his own educational placement decision maker. Plaintiff Gabriel is responsible for such decisions.

14. Plaintiff Gabriel assert that the district's decision to deny Infant Doe the right to participate in athletic activities at Mills is racial. She presents for that conclusion the comparative treatment by the district of Infant John Doe with that of Infant Richard Doe.

15. A similar situation arose at Sylvan High school during the 2017-18 school year. Richard Doe, a white student, then enrolled at Sylvan High school transferred from Sylvan Hills High school to Cabot High school. He participated in the Cabot athletic basketball program during the 2018-10 school year. The district did not take steps to prevent him from participating in varsity basketball at Cabot. Cabot is a virtually all white school; Mills is mixed. (The involved student's name is blacked-out and will be provided to the defendant upon service of this complaint).

16. Richard Doe participated in the Cabot basketball program during

3

the 2018-19 school year. On information and belief, he is now preparing to participate in basketball at Cabot High school for this school year.

17. The single determining difference between the circumstances of John Doe and Richard Doe is race. John Doe is African American, and Richard Doe is white. The principal of Mills High school has approved the transfer. He is African American. The principal, who refuses to complete the necessary form required by the AAA in order to allow basketball privileges to John Doe is white.

18. The aforedescribed conduct of unequal treatment due to race is proscribed by the Equal Protection and Due Process clauses of the 14th Amendment and by 42 U. S. C. § 1983. Infant Doe has been and is being denied equal protection of the laws as set forth above in the Constitution of the United States of America by the conduct of the defendant school district through its against Tracy Allen and Kevin Davis.

19. The district is aware of the rights of African American students to be free from discrimination due to race or color due to its years in defenses of racial discrimination in multiple court proceedings. It is now asserting to the public a "GENERAL OBLIGATION":

.... to comply with the Constitution, to provide that no person is discriminated against on the basis of race.... in the operation of the PCSSD and to provide an equal educational opportunity for all students attending PCSSD schools. Pulaski County Special School District Desegregation Plan 2000, p. 2(B)

WHEREFORE, Plaintiff Gabriel requests that this matter be set for a preliminary hearing regarding the rights of Infant John Doe to participate in the

4

varsity athletic program at Mills High school for the 2019-20 school year and thereafter. She further prays that the district refrain from any retaliatory actions against her and Infant Doe because they asserted herein the rights for Infant Doe to engage in equal opportunity as comparable white students who have transferred from Sylvan Hills High school to other schools. Plaintiff also prays that she be awarded her costs and such reasonable attorney fees as are allowed pursuant to 42 U.S.C. 1988.

Respectfully submitted,

/s/ John W. Walker - 64046
JOHN W. WALKER, P.A.
1723 Broadway
Little Rock, Arkansas 72206
501-374-3758
Email: johnwalkeratty@aol.com

Date: September 24, 2019