**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KAREN GABRIEL, as parent and next friend**
**of Infant John Doe** ........................................................................................... **PLAINTIFF**

**v.**          **No. 4:19-cv-00663-KGB**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTRICT** ........................................................................................ **DEFENDANT**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Comes now the Plaintiff, Karen Gabriel, by her attorneys, John W. Walker, P.A., and the Defendant, Pulaski County Special School District, by its attorneys, Bequette, Billingsley & Kees, P.A., and for their Joint Motion to Dismiss with Prejudice, state as follows:

1. The parties have reached settlement of the issues in this case and have executed a settlement agreement governing their settlement.

2. The parties request the Court enter an Order dismissing their claims with prejudice.

WHEREFORE, Plaintiff and Defendant move the Court to dismiss the above-styled case with prejudice, and all other just and proper relief.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com

By:     **Cody Kees**
         Jay Bequette, Ark. Bar #87012
         Cody Kees, Ark. Bar #2012118

*Attorneys for Defendant Pulaski County Special School District*

*AND*

JOHN W. WALKER, P.A.
1723 Broadway Street
Little Rock, AR 72206
Phone: (501) 374-3758
Fax: (501) 374-4187
Email: schilds@jwwlawfirm.com

By: **Shawn Childs**
 Shawn Childs, Ark. Bar #99058

*Attorney for Plaintiff Karen Gabriel*